1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER M. WOOD,

        Plaintiff,

   v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

Case No. C14-881-JCC-JPD

REPORT AND RECOMMENDATION

    Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 17.

    Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), including a *de novo* hearing. On remand, the ALJ shall reevaluate the medical opinions in the record, particularly the opinions from Drs. Clark and Gaither; in light of the de novo review reevaluate plaintiff's subjective complaints and the lay statements from Ms.

1  Wood; reevaluate plaintiff's maximum residual functional capacity; and continue the sequential

2  evaluation process, obtaining supplemental vocational expert evidence, if necessary.

3  Because the parties have stipulated that the case be remanded as set forth above, the

4  Court recommends that United States District Judge John C. Coughenour immediately approve

5  this Report and Recommendation.  The Clerk should note the matter for **January 6, 2015** as

6  ready for Judge Coughenour's consideration.  A proposed order accompanies this Report and

7  Recommendation.

8  DATED this 6th day of January, 2015.

9

10  JAMES P. DONOHUE
    United States Magistrate Judge